FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 11 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:24-CR-0325-JPB-JSA |
| CHENNARDOUS ROBY, | |
| Defendant. | |

# REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY[1]

The Defendant, Chennardous Roby, by consent, has appeared before the undersigned United States Magistrate Judge and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offenses charged is

---

[1] A party that fails to object to a U.S. Magistrate Judge's findings or recommendations contained in a Report and Recommendation may waive the right to challenge such findings or recommendations to the District Judge, or the District Judge's decision to adopt such findings or recommendations, including on appeal. *See, e.g.*, Fed. R. Crim. P. 59(b) ("Failure to object in accordance with this rule waives a party's right to review."); *see also* 11th Cir. R. 3–1 (explaining the consequences of not timely objecting to the findings or recommendations contained within a R&R from a U.S. Magistrate Judge).

supported by an independent basis in fact establishing each of the essential elements of the offenses.

It is, therefore, **RECOMMENDED** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

IT IS **FURTHER RECOMMENDED** that the Government's oral Motion to Strike the Sentencing Allegation in the Indictment be **GRANTED**.

**IT IS SO RECOMMENDED** this 11th day of February, 2025.

_____
**JUSTIN S. ANAND**
United States Magistrate Judge

2